AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00162 |
| Joshua Wagner, (DOB: XXXXXXXXX) | ) Assigned to: Judge Faruqui, Zia M |
| Israel Tutrow, (DOB: XXXXXXXX) | ) Assign Date: 1/25/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 6, 2021  in the county of _____ in the
_____ in the District of  Columbia , the defendant(s) violated:

*Code Section*       *Offense Description*

18 U.S.C. § 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly Conduct Which Impedes the Conduct of Government Business
40 U.S.C. § 5104(e)(2)(D)- Disruptive Conduct in the Capitol Buildings
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in the Capitol Buildings

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Ryan V. Romack, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/25/2021

*Judge's signature*

City and state:  Washington, D.C.  Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*