AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:21-MJ-00162 |
| JOSHUA WAGNER ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOSHUA WAGNER

Date:     02/03/2021

*Attorney's signature*

CARY CITRONBERG
*Printed name and bar number*
ZWERLING/CITRONBERG LAW FIRM PLLC
114 NORTH ALFRED STREET
ALEXANDRIA, VA 22314

*Address*

CARY@ZWERLING.COM
*E-mail address*

(703) 684-8000
*Telephone number*

(571) 777-9933
*FAX number*