UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Case No.: [Case No.: 1:21-mj-00162]

UNITED STATES OF AMERICA

    Plaintiff,

v.

Joshua Wagner

    Defendant.

## SUPPLEMENTAL DECLARATION OF CHRISTOPHER LEIBIG PURSUANT TO LCrR 44.1

1. My name is Christopher Leibig.

2. I am an attorney whose legal office is located at 114 N. Alfred Street, Alexandria, VA 22314. My office phone number is (703) 683-4310.

3. I am admitted to the Virginia Bar and the Washington, DC Bar.

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* to this Court in the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

**Certification:** I, Christopher Leibig, swear and affirm that the above statements are true and accurate.

_/s/ Christopher Leibig_  2-10-21

Christopher Leibig

Notary: _Sonya Swansbrough_   Expiration

Sonya Swansbrough
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7667454
My Commission Expires 4/30/2023

2/10/2021

Date: February 10, 2021

        Respectfully submitted,

        _____/CC/_____
        Cary Citronberg